# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0208–4 | User: | Date Created: 4/14/2021 | |
| Case: 21–35274–cgm | Form ID: 309A | Total: 58 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| 7831529 | Citi Mastercard | |
| 7831565 | Samsung Financing | |
| | | TOTAL: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Daniel Flores | 298 First St | Newburgh, NY 12550 |
| ust | United States Trustee | Office of the United States Trustee | 11A Clinton Ave. Room 620 Albany, NY 12207 |
| tr | Fred Stevens | Klestadt Winters Jureller Southard & Stevens, LLP | 200 West 41st Street 17th Floor New York, NY 10036 |
| aty | Stephen Cobb | Law Office of Stephen S. Cobb | 724 Broadway Ste 201 Newburgh, NY 12550 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit 86 Chambers Street, Third Floor New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201–0551 |
| 7831520 | Alfonso Flores | 298 First St | Newburgh, NY 12550 |
| 7831521 | American Express | PO Box 297871 | Fort Lauderdale, FL 33329 |
| 7831522 | Amex/ DNSB | 9111 Duke Blvd | Mason, OH 45040 |
| 7831523 | Barclays | PO Box 13337 | Philadelphia, PA 19101 |
| 7831524 | Barclays Bank Delaware | PO Box 8803 | Wilmington, DE 19899 |
| 7831525 | Best Buy | PO Box 78009 | Phoenix, AZ 85062 |
| 7831526 | Blue Cash Preferred American Express | PO Box 1270 | Newark, NJ 07101 |
| 7831527 | Capital One Bank USA | PO Box 31293 | Salt Lake City, UT 84131 |
| 7831528 | Chase | P.O. Box 6294 | Carol Stream, IL 60197 |
| 7831530 | Citi Premier Card | PO Box 70166 | Philadelphia, PA 19176 |
| 7831531 | Citicards CBNA | PO Box 6241 | Sioux Falls, SD 57117 |
| 7831533 | Client Services | 3451 Harry S. Truman Blvd | St Charles, MO 63301 |
| 7831535 | Client Services | 3451 Harry S. Truman Blvd | St. Charles, MO 63301 |
| 7831534 | Client Services | 3451 Harry S. Tubman Blvd | St Charles, MO 63301 |
| 7831532 | Client Services | PO Box 1503 | Saint Peters, MO 63376 |
| 7831536 | Comenity Bank/Kay | PO Box 182120 | Columbus, OH 43218 |
| 7831537 | ComenityCB/Zales | PO Box 182120 | Columbus, OH 43218 |
| 7831538 | Credit Corp Solutions | 63 East 11400 South 408 | Sandy, UT 84070 |
| 7831539 | Department Stores National Bank | PO Box 1448 | Maumee, OH |
| 7831540 | ERC | PO Box 23870 | Jacksonville, FL 32241 |
| 7831541 | First National Bank Omaha | PO Box 2557 | Omaha, NE 681103 |
| 7831543 | HSBC | PO Box 9 | Buffalo, NY 14240 |
| 7831544 | HSBC Bank | 95 Washington St | Buffalo, NY 14203 |
| 7831542 | Home Depot Credit Services | PO Box 9001010 | Louisville, KY 40290 |
| 7831546 | Hudson Valley Credit Union | 137 Boarman Rd | Poughkeepsie, NY 12603 |
| 7831545 | Hudson Valley Credit Union | 159 Barnegat RD | Poughkeepsie, NY 12601 |
| 7831547 | Hudson Valley Credit Union | PO Box 672051 | Dallas, TX 75267 |
| 7831548 | IHG | PO Box 1423 | Charlotte, NC 28201 |
| 7831550 | JP Morgan Chase Bank | 3451 Harry S. Truman Blvd | St. Charles, MO 63301 |
| 7831549 | JP Morgan Chase Bank | PO Box 15369 | Wilmington, DE 19850 |
| 7831551 | JPMCB Card | PO Box 15369 | Wilmington, DE 19850 |
| 7831552 | JPMCP Card | PO Box 15369 | Wilmington, DE 19850 |
| 7831553 | Kay Jewelers | PO Box 659728 | San Antonio, TX 78265 |
| 7831555 | LTD Financial Services | 3200 Wilcrest Suite 600 | Houston, TX 77042 |
| 7831554 | Lowes/Synchrony Bank | PO Box 530914 | Atlanta, GA 30353 |
| 7831556 | Luxury Card Mastercard | P0 Box 13337 | Philadelphia, PA 19101 |
| 7831557 | Macy's American Express | PO Box 9001108 | Louisville, KY 40290 |
| 7831519 | Marriot Bonvoy | PO Box 1423 | Charlotte, NC 28201 |
| 7831558 | Mavis Tire/Synchrony Bank | PO Box 980061 | Orlando, FL 32896 |
| 7831560 | Midland Credit Management | 320 E Big Beaver Rd Suite | Troy, MI 48083 |
| 7831559 | Midland Credit Management | PO Box 301030 | Los Angeles, CA 90030 |
| 7831561 | Mr. Cooper | 8950 Cypress Waters Blvd | Coppel, TX 75019 |
| 7831562 | Nationwide Credit | PO Box 15130 | Wilmington, DE 19850 |
| 7831563 | Portfolio Recovery Associates | 150 Corporate Blvd | Norfolk, VA 23502 |
| 7831564 | Radius Global Solutions | PO Box 390905 | Minneapolis, MN 55439 |
| 7831566 | Sheffield Financial | PO Box 580229 | Charlotte, NC 28258 |
| 7831567 | Synchrony Bank/ JcPenney | P.O. Box 965009 | Orlando, FL 32896 |
| 7831568 | TDRCS/ Samsung | 1000 MacArthur Blvd | Mahwah, NJ 07430 |
| 7831569 | The Bureaus Inc | 650 Dundee Rd Suite 370 | Northbrook, IL 60062 |
| 7831570 | United | 233 S. Wacker Drive | Chicago, IL 60606 |
| | | | TOTAL: 56 |